UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVEION TAYLOR, ) | Case No. CV 14-5260 JAK(JC) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| ) | RECOMMENDATIONS OF |
| v. ) | UNITED STATES MAGISTRATE |
| ) | JUDGE |
| J. SOTO, ) | |
| ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and accompanying documents, the submissions in connection with the Motion to Dismiss the Petition, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and the Petition is dismissed with prejudice because the claims contained therein are time-barred.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _7/10/15



_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE