UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVEION TAYLOR, | ) | Case No. CV 14-5260 JAK(JC) |
| | ) | ~~(PROPOSED)~~ |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| J. SOTO, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed with prejudice.

DATED: __7/10/15_____

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE